Recpt #151182
CK #114

VIRGIL E. BROWN JR.
ATTORNEY AT LAW
2136 NOBLE ROAD
CLEVELAND, OHIO 44112
(216) 851-3304
FAX (216) 851-2900

October 17, 2010

Clerk of Court
United States Bankruptcy Court
201 Superior Avenue
Cleveland, Ohio 44113

FILED 2010 OCT 25 PM 2:17

Re: Salupo, Vincent G.
    Bankruptcy Case 09-18950

Pursuant to Bankruptcy Rule 3010 and/or Code Section 347 we are submitting the enclosed small dividend check and/or unclaimed funds for the above case:

| | |
|---|---|
| Amount: | $ 101.81 |
| Creditor: | Dale S. Economus |
| | 5380 Valley Woods Drive |
| | Independence, Ohio 44131 |
| Proof of Claim amount | $3,640.00 |
| Check Number | ~~105~~ 114 |

Please let us know if you have any questions.

Sincerely,

Virgil E. Brown, Jr.
VEB/mmb